**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CINDY ALMODOVAR,

        Plaintiff,           24 **CIVIL** 900 (ALC)

  -v-            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 12, 2024, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, to include the opportunity for a hearing and a new decision.

**Dated:** New York, New York
       November 13, 2024

                                                             **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                               **BY:**     *K. Mango*
                                                             **Deputy Clerk**